STATE OF CONNECTICUT *v.* GEORGE WHITEHOUSE
(AC 19470)

Foti, Spear and Pellegrino, Js.

Argued October 16—officially released November 7, 2000

Per Curiam. The judgment is affirmed.

JAMES CIVITELLO *v.* K.L.C., INC.
(AC 20097)

Foti, Spear and O'Connell, Js.

Submitted on briefs October 18—officially released November 7, 2000

Per Curiam. The judgment is affirmed.

DOROTHY AFRICANO ET AL. *v.* SANDRA
AFRICANO DIXON ET AL.
(AC 20081)

Foti, Spear and O'Connell, Js.

Submitted on briefs October 18—officially released November 7, 2000

Per Curiam. The judgment is affirmed.